155 A.3d 900

**THOMPSON, Randolph**

v.

**STATE of Maryland**

**Pet. Docket No. 545, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 2852, Sept. Term, 2014).

Petition for writ of certiorari denied

■

155 A.3d 900

**TIBBS, Mark**

v.

**STATE of Maryland**

**Pet. Docket No. 567, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 2314, Sept. Term, 2015).

Petition for writ of certiorari denied